IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR342 |
| v. | ) | |
| JOHN RAY MONIZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal of petition without prejudice (Filing No. 175). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that leave to dismiss the petition is granted. The petition for offender under supervision (Filing No. 159) as to defendant John Ray Moniz is dismissed without prejudice.

DATED this 14th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court